# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kriss S.,                                                  Civil No. 18-389 (DWF/HB)

            Plaintiff,

v.                                                     **ORDER ADOPTING REPORT AND RECOMMENDATION**

Nancy A. Berryhill, Acting
Commissioner of Social Security,

            Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated January 16, 2019. (Doc. No. 15.) Defendant Nancy A. Berryhill filed a Non-objection Response to the Report and Recommendation on January 29, 2019. (Doc. No. 16.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Hildy Bowbeer's January 16, 2019 Report and Recommendation (Doc. No. [15]) is **ADOPTED**.

2. Plaintiff Kriss S.'s Motion for Summary Judgment (Doc. No. [11]) is **DENIED**.

3. Defendant The Acting Commissioner of Social Security's Motion for Summary Judgment (Doc. No. [13]) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2019          s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge